Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−28846−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jerome K Hancock
  341 Hobson Street
  Newark, NJ 07112

Social Security No.:
  xxx−xx−4202

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/11/19 at 10:00 AM

to consider and act upon the following:

*72* − Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006−HE1, Asset Backed Pass−Through Certificates. Objection deadline is 8/16/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Ebeck, Keri)

*73* − Certification in Opposition to Application for Early Termination of Loss Mitigation (related document:72 Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006−HE1, Asset Backed Pass−Through Certificates. Objection deadline is 8/16/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006−HE1, Asset Backed Pass−Through Certificates) filed by Donald C. Goins on behalf of Jerome K Hancock. (Goins, Donald)

Dated: 8/15/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court