Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−28846−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerome K Hancock
   341 Hobson Street
   Newark, NJ 07112

Social Security No.:
   xxx−xx−4202

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/11/19 at 10:00 AM

to consider and act upon the following:

*72* − Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006−HE1, Asset Backed Pass−Through Certificates. Objection deadline is 8/16/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Ebeck, Keri)

*73* − Certification in Opposition to Application for Early Termination of Loss Mitigation (related document:72 Application for Early Termination of Loss Mitigation Period. Filed by Keri P. Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006−HE1, Asset Backed Pass−Through Certificates. Objection deadline is 8/16/2019. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006−HE1, Asset Backed Pass−Through Certificates) filed by Donald C. Goins on behalf of Jerome K Hancock. (Goins, Donald)

Dated: 8/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jerome K Hancock  
    Debtor

Case No. 17-28846-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 15, 2019  
    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.  
db    +Jerome K Hancock,   341 Hobson Street,   Newark, NJ 07112-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:

    Charles G. Wohlrab   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
    Donald C. Goins   on behalf of Debtor Jerome K Hancock dcgoins1@gmail.com, G25787@notify.cincompass.com  
    Keri P. Ebeck   on behalf of Creditor   Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1 rsolarz@kmllawgroup.com  
    Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates rsolarz@kmllawgroup.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 7