| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Bernstein-Burkley, P.C.<br>Keri P. Ebeck, Esquire<br>Bar No. 262092017<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8112 | **Order Filed on September 12, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>   JEROME K HANCOCK,<br><br>          Debtor, | Case No.:   17-28846-SLM<br><br>Chapter:          13<br><br>Judge:           Meisel |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___January 18, 2019___ :

Property:   341 Hobson Street, Newark, NJ 07112

Creditor:   Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ___Creditor___, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective ___the date of the entry of this order.___ ~~August 14, 2019~~ .

*Revised 9/19/13*

2