UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates



**Order Filed on September 13, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 17-28846 SLM

Adv. No.:

Hearing Date: 8/28/19 @ 10:00 a.m.

Judge: Stacey L. Meisel

In Re:
   Jerome K. Hancock,

Debtor.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 13, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Jerome K. Hancock
Case No: 17-28846 SLM
Caption of Order: ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 341 Hobson Street, Newark, NJ 07112, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Donald C. Goins, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 28, 2019 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2019 through August 2019 for a total post-petition default of $9,082.38 (1 @ $1,851.46, 4 @ $1,892.13 less $337.60 in suspense); and

It is **ORDERED, ADJUDGED and DECREED** that the debtor made a lump sum payment of $5,635.72 on August 28, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,446.66 will be paid by Debtor remitting $574.44 per month for five months and $574.46 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on September 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2019, directly to Secured Creditor's servicer, SLS, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded

reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.

Case 17-28846-SLM    Doc 86    Filed 09/18/19    Entered 09/19/19 00:35:58    Desc Imaged
Certificate of Notice    Page 3 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28846-SLM
Jerome K Hancock                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin         Page 1 of 1          Date Rcvd: Sep 16, 2019
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db            +Jerome K Hancock,    341 Hobson Street,    Newark, NJ 07112-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
      ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through
      Certificates cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
      Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for ACE
      Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates
      dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Donald C. Goins    on behalf of Debtor Jerome K Hancock dcgoins1@gmail.com,
      G25787@notify.cincompass.com
      Keri P. Ebeck    on behalf of Creditor   Specialized Loan Servicing, LLC as Servicer for HSBC Bank
      USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series
      2006-HE1, Asset Backed Pass-Through Certificates kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
      Home Equity Loan Trust Series ACE 2006-HE1 rsolarz@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
      ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through
      Certificates rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                     TOTAL: 8