UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on October 24, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:

JEROME K HANCOCK

Case No.: 17-28846SLM

Hearing Date: 10/23/2019

Judge: STACEY L. MEISEL

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 24, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 17-28846SLM

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 10/23/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee's office $963.00 by 10/30/2019 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/13/2019 at 8:30 a.m..

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-28846-SLM
Jerome K Hancock                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1                Date Rcvd: Oct 25, 2019
                            Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
db             +Jerome K Hancock,    341 Hobson Street,    Newark, NJ 07112-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2019 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Donald C. Goins    on behalf of Debtor Jerome K Hancock dcgoins1@gmail.com, G25787@notify.cincompass.com
        Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1 rsolarz@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 8