Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−28846−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerome K Hancock
   341 Hobson Street
   Newark, NJ 07112

Social Security No.:
   xxx−xx−4202

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 16, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28846-SLM
Jerome K Hancock                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Dec 16, 2019
                              Form ID: 148             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             +Jerome K Hancock,    341 Hobson Street,    Newark, NJ 07112-1206
517070340       Newark Board of Education Credit Union,    195 Norman Rd,   Newark, NJ 07106-3309
517194376      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517947812      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517947813      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517070341       State Of New Jersey,   Divison of Taxation,    PO Box 846,   Trenton, NJ 08605-0846
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:33     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517070338       EDI: WFFC.COM Dec 17 2019 04:08:00     ASC,   PO Box 10388,   Des Moines, IA  50306-0388
517231511      +EDI: ECMC.COM Dec 17 2019 04:08:00     ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
517137332      +EDI: WFFC.COM Dec 17 2019 04:08:00     HSBC Bank USA, National Association as Trustee,
                 C/O Wells Fargo Bank, N.A.,    Attention Payment Processing,   MAC# X2302-04C,   1 Home Campus,
                 Des Moines, Iowa 50328-0001
517070339       EDI: IRS.COM Dec 17 2019 04:08:00     INTERNAL REVENUE SERVICE,    P.O BOX 9012,
                 HOLTSVILLE, NY  11742-9012
517181929       EDI: PRA.COM Dec 17 2019 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,   Norfolk VA 23541
517185907      +EDI: AIS.COM Dec 17 2019 04:08:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through
               Certificates cwohlrab@LOGS.com, njbankrcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE
               Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Jerome K Hancock dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for HSBC Bank
               USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series
               2006-HE1, Asset Backed Pass-Through Certificates kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
```

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: Dec 16, 2019
                              Form ID: 148              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Marie-Ann Greenberg   magecf@magtrustee.com
         Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-HE1 rsolarz@kmllawgroup.com
         Rebecca Ann Solarz   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates rsolarz@kmllawgroup.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                TOTAL: 8